FILED'08 APR 29 15:39 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

DALE E. WENTZ,

        Plaintiff,

v.   Civil No. 05-6393-TC

UNITED PARCEL SERVICE INC.,

        Defendant.

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate final settlement within sixty (60) days of the date of this order. Each party shall bear its own costs and fees.

Dated: April 29, 2008.

SHERYL S. McCONNELL, Clerk

by *(signature)*

Christine Weller, Deputy Clerk

ORDER OF DISMISSAL